UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSSELL KELLOGG<br>    PLAINTIFF<br><br>vs.<br><br>LOUISIANA CHILDREN'S MEDICAL CENTER,<br>LCMC HEALTH HOLDINGS, LLC,<br>LCMC HEALTH CLINICAL SERVICES, LLC,<br>LCMC HEALTH CLINICAL SUPPORT, LLC,<br>LCMC HEALTHCARE PARTNERS, LLC all<br>d/b/a LCMC, and SHAY WILLIAMS<br>and CAROL ROBINSON<br>    DEFENDANTS | * CASE NO. 22-CV-4448<br>*<br>*<br>* JUDGE: WENDY B. VITTER<br>*<br>*<br>*<br>* MAGISTRATE JUDGE:<br>* MICHAEL B, NORTH<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Russell Kellogg, hereby stipulates to dismiss any and all potential claims under the Americans with Disabilities Act of 1990, The Rehabilitation Act of 1973, the Family Medical Leave Act, or any other federal law or regulation with prejudice, leaving only his claims under Louisiana state law. .

The plaintiff, accordingly, files this Stipulation of Dismissal and respectfully request that this partial dismissal be entered with prejudice.

Respectfully Submitted:

CRESCENTCARE LEGAL SERVICES

BY: _____
Todd A. Hebert (LA Bar # 21692)
Joshua L. Holmes (LA Bar # 32162)
Melissa Field (LA Bar # 37781)
1631 Elysian Fields Ave.
New Orleans, Louisiana 70117
Telephone: 504-821-2601
Facsimile:  504-662-1610
Todd.Hebert@crescentcare.org
Joshua.Holmes@crescentcare.org
Melissa.Field@crescentcare.org
ATTORNEYS FOR PLAINTIFF,
RUSSELL KELLOGG

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served upon counsel for the defendant a copy of the within and foregoing Stipulation of Partial Dismissal with Prejudice, by email and depositing same in the United States Mail, with adequate postage thereon, and addressed as follows:

Peter J. Butler, Jr. (La Bar Roll No. 18522)
Richard G. Passler (La Bar Roll No. 21006)
Philip J. Giorlando (La Bar Roll No. 38234)
909 Poydras Street, Suite 1500
New Orleans, Louisiana 70112

This 19th day of January, 2023

_____
TODD A. HEBERT